No. 57918.—Suit 4731.—Bjelland, Lange & Co., Inc. *v.* United States.—

—C. D. 1383 affirmed November 24, 1953. C. A. D. 545.

Before the First Division, March 18, 1954

No. 57919.—G. Fox & Co. *v.* United States, protest 189143–K (New York).

Opinion by Oliver, C. J. In accordance with stipulation of counsel that the merchandise consists of children's knit wool outerwear, wholly or in chief value of wool, valued at over $5 per pound, the claim of the plaintiff was sustained.